O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM FAHMY GERIS,<br>        Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>        Defendant. | Case No. CV 11-09143-OP<br><br>JUDGMENT |

    Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: June 22, 2012

                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge